IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAWN MICHAEL GIENGER,<br>Defendant. | **No. 4:21-cr-00090-RGE-HCA**<br><br>**ORDER REGARDING VERIFIED CLAIM OF MICHAEL MANNING** |

Now before the Court is Claimant Michael Manning's Verified Claim asserting an interest in property subject to forfeiture and identified in the Preliminary Order of Forfeiture. Claimant's Verified Claim, ECF No. 56; *see also* Prelim. Order Forfeiture, ECF No. 50. The Government has no objection to the claim and agrees the item may be released to Mr. Manning upon completion of the criminal case. ECF No. 68.

**IT IS ORDERED** that Claimant Michael Manning's Verified Claim, ECF No. 56, is GRANTED. The identified property, a loaded Taurus .38 caliber Special revolver (SN: 512603), shall be released to Mr. Manning upon completion of the criminal case.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2022.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE